Decision Per Curiam.

William T. Simmons *et al.,* Plaintiffs in Error, v. Hanne Brothers, Defendants in Error.

En Banc.

Writ of Error to Circuit Court, Duval county; Rhydon M. Call, Judge

*Geo. U. Walker* and *A. H. King,* for Plaintiffs in Error.

*A. W. Cockrell & Son,* for Defendants in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant and the plaintiff takes writ of error. It appearing to the court that no assignment of errors was presented to the judge at the time of the presentation or settlement of the bill of exceptions, the writ of error is dismissed.